UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 24-639 (MAS) |
| | : | |
| v. | : | |
| | : | DETENTION ORDER |
| EDWARD TROST, III | : | |
| | : | |

This matter having come before the Court on the Petition for Action on Conditions of Pretrial Release by U.S. Pretrial Services on October 1, 2025 and the motion of the United States of America (Ian D. Brater, Assistant United States Attorney, appearing), in the presence of defendant EDWARD TROST, III (Bruce Throckmorton, Esq., appearing), based on the defendant's failure to comply with the conditions of pretrial release; and the Court having heard and considered the arguments of the parties at a bail review hearing on October 22, 2025; and for the reasons set forth on the record and for good cause shown:

IT IS, therefore, on this <u>22nd</u> day of October, 2025,

ORDERED that the motion of the United States for an order detaining the defendant without bail pending sentencing is hereby GRANTED, and the defendant is hereby ORDERED DETAINED; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or his authorized representative pending sentencing in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. JUSTIN T. QUINN
United States Magistrate Judge